1    Matthew Franklin Jaksa (CA State Bar No. 248072)
     HOLME ROBERTS & OWEN LLP
2    560 Mission Street, 25th Floor
     San Francisco, CA  94105-2994
3    Telephone:  (415) 268-2000
     Facsimile:  (415) 268-1999
4    Email:        matt.jaksa@hro.com

5

6    Attorneys for Plaintiffs,
     ZOMBA RECORDING LLC; UMG
7    RECORDINGS, INC.; and SONY BMG
     MUSIC ENTERTAINMENT

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
     _____ DIVISION
11

12   ZOMBA RECORDING LLC, a Delaware          CASE NO. _____
     limited liability company; UMG
13   RECORDINGS, INC., a Delaware corporation;
     and SONY BMG MUSIC ENTERTAINMENT,        **CERTIFICATION OF INTERESTED**
14   a Delaware general partnership,          **ENTITIES OR PERSONS**

15

16                      Plaintiffs,

17          v.

18   JOHN DOE,

19                      Defendant.

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#36508 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6    Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC

7  ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter

8  of which is publicly traded in the United States.

9    Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a

10  publicly held French company.

11    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned

12  by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,

13  none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the

14  latter of which is publicly traded in the United States.

15

16  Dated:    March 27, 2008          HOLME ROBERTS & OWEN LLP

17

18                        By _____

19                           MATTHEW FRANKLIN JAKSA
                             Attorney for Plaintiffs
20                           ZOMBA RECORDING LLC; UMG
                             RECORDINGS, INC.; and SONY BMG MUSIC
21                           ENTERTAINMENT

22

23

24

25

26

27

28

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#36508 v1