1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   ZOMBA RECORDING LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8

9                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10                       _____ DIVISION

11

12  ZOMBA RECORDING LLC, a Delaware         CASE NO. _____
    limited liability company; UMG
13  RECORDINGS, INC., a Delaware corporation;
    and SONY BMG MUSIC ENTERTAINMENT,       **[PROPOSED] ORDER GRANTING
14  a Delaware general partnership,         PLAINTIFFS' EX PARTE APPLICATION
                                            FOR LEAVE TO TAKE IMMEDIATE
15                                          DISCOVERY**

16              Plaintiffs,

17       v.

18  JOHN DOE,
19              Defendant.

1     Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2 Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3     ORDERED that Plaintiffs may serve immediate discovery on California State University,
4 Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5 documents that identify Defendant, including the name, current (and permanent) address and
6 telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7 disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8     IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

12 DATED:_____     By: _____
                                                                           United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#36513 v1