1  Dawniell Alise Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
3  Telephone:    (415) 268-2000
Facsimile:    (415) 268-1999
4  Email:        dawniell.zavala@hro.com

5
Attorneys for Plaintiffs,
6  ZOMBA RECORDING LLC; UMG
RECORDINGS, INC.; and SONY BMG
7  MUSIC ENTERTAINMENT

8

9              UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION

11

12  ZOMBA RECORDING LLC, a Delaware limited    CASE NO. 3:08-CV-01658-MHP
13  liability company; UMG RECORDINGS, INC., a
Delaware corporation; and SONY BMG MUSIC    Honorable Marilyn Hall Patel
14  ENTERTAINMENT, a Delaware general
partnership,                                **SUPPLEMENTAL DECLARATION OF
15                                           DAWNIELL ALISE ZAVALA IN SUPPORT
                   Plaintiffs,              OF *EX PARTE* APPLICATION FOR
16                                           LEAVE TO TAKE IMMEDIATE
                                            DISCOVERY**
17       v.

18
JOHN DOE,
19              Defendant.

20

21

22

23

24

25

26

27

28

## DECLARATION OF DAWNIELL ALISE ZAVALA

I, Dawniell Alise Zavala, declare:

1.     I am an associate in the law firm of Holme Roberts & Owen LLP ("HRO").  HRO serves as lead national counsel for the record companies in all actions like the current case.  I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief.  As to such facts, I believe them to be true.

2.     On June 20, 2008, Plaintiffs filed an *Ex Parte* Application to Continue Case Management Conference requesting the Court to continue the case management conference currently set for June 30, 2008 at 4:00 p.m. to September 29, 2008.  In this pleading, Plaintiffs note that the Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, filed March 27, 2008.

3.     Plaintiffs' allege in their Complaint that the Defendant has infringed Plaintiffs' copyrights in several sound recordings.  In support of Plaintiffs' request that Court grant their *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs attach as exhibits A- I copies of the copyright registration certificates for the sound recordings at issue in this case:

4.     Attached hereto as Exhibit A is a true and correct copy of the copyright registration for "Any Man of Mine," on album "The Woman in Me," by artist "Shania Twain" (SR# 207-884).

5.     Attached hereto as Exhibit B is a true and correct copy of the copyright registration for "Champagne Supernova," on album "(What's The Story) Morning Glory," by artist "Oasis" (SR# 289-141).

6.     Attached hereto as Exhibit C is a true and correct copy of the copyright registration for "Landslide," on album "Home," by artist "Dixie Chicks" (SR# 314-722).

7.     Attached hereto as Exhibit D is a true and correct copy of the copyright registration for "Take You With Me," on album "White Turns Blue," by artist "Maria Mena" (SR# 360-223).

8.     Attached hereto as Exhibit E is a true and correct copy of the copyright registration for "We Ride," on album "A Girl Like Me," by artist "Rihanna" (SR# 387-137).

---

1

9. Attached hereto as Exhibit F is a true and correct copy of the copyright registration for "A Thousand Miles," on album "A Thousand Miles (single)," by artist "Vanessa Carlton" (SR# 306-656).

10. Attached hereto as Exhibit G is a true and correct copy of the copyright registration for "Ignition," on album "Ignition (single)," by artist "R. Kelly" (SR# 307-632).

11. Attached hereto as Exhibit H is a true and correct copy of the copyright registration for "In da Club," on album "In Da Club (single)," by artist "50 Cent " (SR# 323-562).

12. Attached hereto as Exhibit I is a true and correct copy of the copyright registration for "Shorty Wanna Ride," on album "Straight Outta Ca$hville," by artist "Young Buck" (SR# 225-726).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of June, 2008, at San Francisco, California.

Dated:  June 20, 2008

HOLME ROBERTS & OWEN LLP

By: _____
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
ZOMBA RECORDING LLC; UMG
RECORDINGS, INC.; and SONY BMG
MUSIC ENTERTAINMENT

SUPPLEMENTAL DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF *EX PARTE* APPLICATION
Case No. 3:08-CV-01658-MHP
#38380 v1

# EXHIBIT A



**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 207-884**

*SR000207004*

EFFECTIVE DATE OF REGISTRATION

3  23  95
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
Shania Twain/The Woman in me                    31452 28862

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼ See instructions.**
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other

**2**
**a** **NAME OF AUTHOR ▼**
Polygram Records, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed
Pseudonymous?  ☐ Yes ☒ No   instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recordings and Photographs

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed
Pseudonymous?  ☐ Yes ☐ No   instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed
Pseudonymous?  ☐ Yes ☐ No   instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 02    Day ▶ 07    Year ▶ 95
USA    ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
Polygram Records, Inc.
825 Eighth Avenue
New York, NY  10019

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 23 1995
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 23 1995
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before
completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

Polygram Records, Inc.                          DA 024406

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   **Name/Address/Apt/City/State/ZIP** ▼

Tom Nilsen
Polygram Records Inc.
825 Eighth Avenue, 25th Floor
New York, NY  10019

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶ **(212) 333-8350**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of           Polygram Records, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
            Lauree Peoples                              date ▶  3-14-95

✐ **Handwritten signature (X)** ▼

---

MAIL
CERTIFI-
CATE TO

**Name** ▼
    Lauree Peoples/Polygram Records, Inc.

**Number/Street/Apartment Number** ▼
    825 Eighth Avenue, 25th Floor

**City/State/ZIP** ▼
    New York, NY  10019

Certificate
will be
mailed in
window
envelope

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT B



# FORM SR
**For a Sound Recording**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 289-141**

EFFECTIVE DATE OF REGISTRATION

Month   Day   Year



121151023

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK▼**
(WHAT'S THE STORY) MORNING GLORY / by OASIS  (EK 67351)

**PREVIOUS OR ALTERNATIVE TITLES▼**

**NATURE OF MATERIAL RECORDED▼** See instructions
☑ Musical    ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other

| | | |
|---|---|---|
| **NAME OF AUTHOR▼** Sony Music Entertainment (UK) Limited | | **DATES OF BIRTH AND DEATH** Year Born▼    Year Died▼ |

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶   UK

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed
Sound recordings

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed

| **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. | **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. | |
|---|---|---|
| 1995 ◀ Year | Month▶ September   Day▶ 27   Year▶ 1995 | |
| | USA | ◀ Nation |

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2▼
Sony Music Entertainment (UK) Limited
10 Great Marlborough Street
London, W1V 2LP  ENGLAND

See instructions before completing this space

APPLICATION RECEIVED
JUL 09 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 09 2001
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

?  2001

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

Page 1 of

DO NOT WRITE HERE

| EXAMINED BY | | FORM SR |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes,"   Previous Registration Number ▼                Year of Registration ▼
give:

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation.
a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

One sound recording: track2: ROLL WITH IT, photographic matter

*See instructions before completing this space*

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other sound recordings

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                              Account Number ▼

Sony Music Entertainment Inc.                          DAO 63061

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Sony Music Entertainment Inc./ATTENTION KAREN SHOVLOWSKY
550 Madison Avenue
New York, New York  10022-3211
14th floor

*Be sure to give your daytime phone ◄ number*

Area Code & Telephone Number ▶ (212) 833-5354   Fax Number (212) 833-7218

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Sony Music Entertainment Inc.
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements
made by me in this application are correct to the best of my
knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
KAREN SHOVLOWSKY                                    date ▶   07-06-2001

Handwritten signature (X) ▼
*Karen Shovlowsky*

| MAIL CERTIFICATE TO | Name ▼ | ATTENTION KAREN SHOVLOWSKY -- Sony Music Entertainment Inc. |
| --- | --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ | 550 Madison Avenue -- 14th Floor |
| | City/State/ZIP ▼ | New York, New York 10022-3211 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.*

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
This form was electronically produced by Elite Federal Forms Inc.*

# EXHIBIT C



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**

**FORM SR**
a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 314 – 722**

SR · · · · · · · SRU

EFFECTIVE DATE OF REGISTRATION

| 11 | 21 | 02 |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK–**
HOME / by DIXIE CHICKS  (CK 86840)

**PREVIOUS OR ALTERNATIVE TITLES–**

---

**NATURE OF MATERIAL RECORDED–** See instructions
☑ Musical    [ ] Musical-Dramatic
[ ] Dramatic    [ ] Literary
[ ] Other

**NAME OF AUTHOR–**
Sony Music Entertainment Inc.

**DATES OF BIRTH AND DEATH**
Year Born–        Year Died–

Was this contribution to the work a "work made for hire"?
[·] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
{ Domiciled in ▸        USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed.
Sound recordings, photographic matter

**NAME OF AUTHOR–**

**DATES OF BIRTH AND DEATH**
Year Born–        Year Died–

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
{ Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR–**

**DATES OF BIRTH AND DEATH**
Year Born–        Year Died–

Was this contribution to the work a "work made for hire"?
[·] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸
{ Domiciled in ▸

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002  ◂ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▸ August    Day ▸ 21    Year ▸ 2002
USA    ◂ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
Sony Music Entertainment Inc.
550 Madison Avenue
New York, New York 10022-3211

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
NOV 21 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 21 2002
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ▸    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

Page 1 of _____ pages    DO NOT WRITE

<table>
<tr><td>EXAMINED BY</td><td></td><td>FORM SR</td></tr>
<tr><td>CHECKED BY</td><td></td><td></td></tr>
<tr><td>CORRESPONDENCE<br>□ Yes</td><td></td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number _        Year of Registration _

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.   Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates.

  One sound recording: track 1: LONG TIME GONE

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

  All other sound recordings, photographic matter

*See instructions before completing this space*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _                              Account Number _

  Sony Music Entertainment Inc.                        DAO 63061

**CORRESPONDENCE** Give name and address to which correspondence about this application should be  Name/Address/Apt/City/State/ZIP _
  Sony Music Entertainment Inc./ATTENTION KAREN SHOVLOWSKY
  550 Madison Avenue
  New York, New York  10022-3211
  14th floor
                    Area Code & Telephone Number  (212) 833-5354  Fax Number  (212) 833-7218

*Be sure to give your daytime phone number.*

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one—
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of        Sony Music Entertainment Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements
made by me in this application are correct to the best of my

Typed or printed name and date _   If this application gives a date of publication in space 3, do not sign and submit it before that date.
          KAREN SHOVLOWSKY                           date .    11-25-2002

        Handwritten signature (X) _   *Karen Shalowsky*

**MAIL**
**CERTIFI-**
**CATE TO**
Name ▼
  ATTENTION KAREN SHOVLOWSKY -- Sony Music Entertainment Inc.
  Number/Street/Apartment Number _
**Certificate**
**will be**
**mailed in**
  550 Madison Avenue -- 14th Floor
  City/State/ZIP _
**window**
**envelope**
  New York, New York 10022-3211

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.*

17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT D





# FORM SR
**For a Sound Recording**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**SR 360 – 223**

SR0000360223

**EFFECTIVE DATE OF REGISTRATION**

**NOV    1 2004**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK▼**

WHITE TURNS BLUE / by MARIA MENA  (CK 92557)

**PREVIOUS OR ALTERNATIVE TITLES▼**

**NATURE OF MATERIAL RECORDED▼** See Instructions
- ☒ Musical    ☐ Musical Dramatic
- ☐ Dramatic    ☐ Literary
- ☐ Other

## 2

**a**  **NAME OF AUTHOR▼**
Sony Music Entertainment (Norway) A/S

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
- ☒ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶    NORWAY

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed▼
Sound recordings  photographic matter

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed▼

**c**  **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 03    Year ▶ 2004
NORWAY    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2▼

Sony Music Entertainment (Norway) A/S
Box 134 Økern
0509 Oslo  NORWAY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

**APPLICATION RECEIVED**
NOV 01 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**
NOV 01 2004

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

Page 1 of __2__ pages

**DO NOT WRITE**

EXAMINED BY  RJB                                                        FORM SR

CHECKED BY

☐ CORRESPONDENCE                                                       FOR
    Yes                                                                COPYRIGHT
                                                                       OFFICE
                                                                       USE
                                                                       ONLY

### DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is Yes  why is another registration being sought? (Check appropriate box)  **5**
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes  give **Previous Registration Number ▼**        **Year of Registration ▼**

_____        _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation    **6**
a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

_____

_____        See instructions
                                                                                                     before
b  **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed    completing
                                                                                                     this space
_____

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account    **7**
Name ▼                                        Account Number ▼

   Sony BMG Music Entertainment                         DAO 63061

**CORRESPONDENCE** Give name and address to which correspondence about this application should be    Name/Address/Apt/City/State/ZIP ▼
  Sony BMG Music Entertainment /ATTENTION KAREN SHOVLOWSKY
  550 Madison Avenue - 18th Floor
  New York  New York  10022-3211                                                                      Be sure to
                                                                                                     give your
                                                                                                     daytime phone
        Area Code & Telephone Number  ▶ (212) 833-5354   Fax Number  (212) 833-7218                  ◀ number

**CERTIFICATION*** I  the undersigned  hereby certify that I am the    **8**
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of          Sony BMG Music Entertainment
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements
made by me in this application are correct to the best of my

**Typed or printed name and date ▼**  If this application gives a date of publication in space 3  do not sign and submit it before that date
          KAREN SHOVLOWSKY                                        date ▶        10-29-2004

✗       **Handwritten signature (X) ▼**  _Karen Shovlowsky_

**MAIL              Name ▼**                                       **9**
**CERTIFI**          ATTENTION KAREN SHOVLOWSKY -- Sony BMG Music Entertainment
**CATE TO**         Number/Street/Apartment Number ▼
                      550 Madison Avenue -- 18th floor
**Certificate**     City/State/ZIP ▼
**will be**           New York, New York 10022 3211
**mailed in**
**window**
**envelope**

*17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500                                This form was electronically produced by Elite Federal Forms  Inc

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 387-137

EFFECTIVE DATE OF REGISTRATION

Month **5** Day **10** Year **06**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
TITLE    A GIRL LIKE ME
ARTIST   RIHANNA                    00602498798973    (COMPACT DISC)

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2 a**

NAME OF AUTHOR ▼
THE ISLAND DEF JAM MUSIC GROUP  A DIVISION OF UMG RECORDINGS  INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING / PICTORIAL MATTER / LINER NOTES

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
**2006** ◄ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ **04**   Day ▶ **25**   Year ▶ **06**
**USA** ◄ Nation

---

**4 a**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
THE ISLAND DEF JAM MUSIC GROUP A DIV  OF UMG RECORDINGS  INC
2220 COLORADO AVE
SANTA MONICA, CA 90404

**b**

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAY 1 0 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 1 0 2006

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **3** pages

| EXAMINED BY | *CB* | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                              Account Number ▼

a    UNIVERSAL MUSIC GROUP                          DA024562

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b    UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
     10 UNIVERSAL CITY PLAZA -13TH FLOOR
     UNIVERSAL CITY  CA  91608

Area code and daytime telephone number   (818) 286-6040         Fax number   (818) 286 5142
Email

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of    THE ISLAND DEF JAM MUSIC GROUP  A DIV OF UMG RECORDINGS  INC
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR                                          Date  5/1/06

Handwritten signature (x) ▼

X  *Pat B.*

**8**

| Certificate will be mailed in window envelope to this address | Name ▼   UNIVERSAL MUSIC GROUP COPYRIGHT ADMINISTRATION |
|---|---|
| | Number/Street/Apt ▼  10 UNIVERSAL CITY PLAZA 13TH FLOOR |
| | City/State/ZIP ▼   UNIVERSAL CITY  CA  91608 |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev July 2003—100 000   Web Rev July 2003   ☺ Printed on recycled paper                     U.S. Government Printing Office: 2003-496-605/60 001

# EXHIBIT F

# CERTIFICATE OF REGISTRATION



**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 306-656**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**OFFICIAL SEAL**

EFFECTIVE DATE OF REGISTRATION

| 3 | 4 | 02 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼
TITLE:  A THOUSAND MILES / TWILIGHT
ARTIST:  VANESSA CARLTON

069 497 676-2

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

## 2

**a** NAME OF AUTHOR ▼
A&M RECORDS

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER/AUDIOVISUAL ELEMENTS

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 ◀ Year   This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 02   Day ▶ 12   Year ▶ 02
U.S.A. ◀ Nation

## 4

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
A&M RECORDS
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**b**

APPLICATION RECEIVED
MAR 0 4 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 0 4 2002
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

<table>
<tr><td>EXAMINED BY</td><td></td><td>FORM SR</td></tr>
<tr><td>CHECKED BY</td><td></td><td></td></tr>
<tr><td>CORRESPONDENCE<br>□ Yes</td><td></td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This work was previously registered in unpublished form and now has been published for the first time.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** 

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b** 

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                  Account Number ▼

**a**       UNIVERSAL MUSIC GROUP                    DA024562

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b**       UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

Area code and daytime telephone number ▶  **(818) 777-4040**        Fax number ▶  **(818) 866-1604**

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

□ author

□ owner of exclusive right(s)

□ other copyright claimant

☒ authorized agent of   **A&M RECORDS**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**PATRICIA BLAIR**                                    Date ▶   **2/21/02**

  Handwritten signature (x) ▼
**X** _Pat B_

**8**

<table>
<tr><td rowspan="4">Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address</td><td>Name ▼<br>UNIVERSAL MUSIC GROUP<br>COPYRIGHT ADMINISTRATION</td></tr>
<tr><td>Number/Street/Apt ▼<br>100 UNIVERSAL CITY PLAZA<br>BUILDING 1320W-4</td></tr>
<tr><td>City/State/ZIP ▼<br>UNIVERSAL CITY, CA 91608</td></tr>
</table>

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1, 1999,
the filing fee
for Form SR
is $30

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1999—50,000         PRINTED ON RECYCLED PAPER

WEB REV. June 1999                                    ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48

# EXHIBIT G

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

SR 307-632

10        28        02
Month      Day       Year

129063178

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The single entitled "Ignition" by the recording artist p/k/a "R. Kelly" (JDJ-40052-2)

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

---

**NAME OF AUTHOR ▼**

Zomba Recording Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
    { Domiciled in ____ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Soundrecording and artwork

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases.
2002 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ► 10  Day ► 14  Year ► 2002
United States ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼

Zomba Recording Corporation
137-139 West 25th Street
New York, New York 10001

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED OCT. 2 8 2002
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT. 2 8 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

**MORE ON BACK ►**
• Complete all applicable spaces (number 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY | FORM SR |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
**a.** ☐ This work was previously registered in unpublished form and now has been published for the first time..
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** –     **Year of Registration** –

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** _     **Account Number** –

Zomba Recording Corporation     DAO 67857

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP.
Zomba Recording Corporation   Attn: Coordinator, Copyright Administration
137-139 West 25th Street
New York, NY 10001
Area Code and daytime telephone Number   ❘   (212) 824-1759     Fax Number   ❘   (646) 486-1480
Email   ❘

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one _
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Zomba Recording Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▸

of the work identified in this application and that the statements made by me this application are correct to the best of my knowledge.

**Typed or printed name and date** –   If this application gives a date of publication in space 3, do not sign and submit it before that date.
Tres Williams     **Date** ❘   10-25-2002

**Handwritten signature (s)** ❘
X

| | | |
|---|---|---|
| **Certificate will be mailed in window envelope to this address** | **Name** _   Zomba Recording Corporation   Attn: Tres Williams | |
| | Number/Street/Apt   137-139 West 25th Street | |
| | City/State/ZIP   New York, New York 10001 | |

**YOU MUST**
Complete all necessary spaces.
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form.
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

\*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT H

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE
REG...

**SR 323-562**

EFFECTIVE DATE OF REGISTRATION

**3**  **4**  **2003**
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
TITLE:  IN DA CLUB (4 VERSIONS) / BACKDOWN (2 VERSIONS)
ARTIST:  50 CENT                                069 497 856-1

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**2**

**a** NAME OF AUTHOR ▼
SHADY/AFTERMATH/INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003  ◀ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 02  Day ▶ 04  Year ▶ 03
U.S.A.  ◀ Nation

**4**

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
SHADY/AFTERMATH/INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC
2220 COLORADO AVE.
SANTA MONICA, CA 90404

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 4 2003
ONE DEPOSIT RECEIVED
MAR 4 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
FOR COPYRIGHT OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | [signature] | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**a**      UNIVERSAL MUSIC GROUP                DA024562

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**
UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

Area code and daytime telephone number ▶  **(818) 777-4040**          Fax number ▶  **(818) 866-1604**

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___ SHADY/AFTERMATH/INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR                                          Date▶  2/24/03

Handwritten signature (x) ▼   X _____ [signature] _____

| Certificate will be mailed in window envelope to this address | Name ▼  UNIVERSAL MUSIC GROUP COPYRIGHT ADMINISTRATION | ● Complete all necessary spaces ● Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼  100 UNIVERSAL CITY PLAZA BUILDING 1320W-4 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼  UNIVERSAL CITY, CA 91608 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

As of July 1, 1999, the filing fee for Form SR is $30.

U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

© 1999—50,000

REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48

# EXHIBIT I

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or



**Form SR**
**For a Sound Recording**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 361–656**



SRU

EFFECTIVE DATE OF REGISTRATION

**NOV 2 6 2004**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
TITLE:  STRAIGHT OUTTA CASHVILLE
ARTIST:  YOUNG BUCK                                    00602498629888    (COMPACT DISC)

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

---

## 2

**a**  **NAME OF AUTHOR ▼**
G-UNIT RECORDS, INC./INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?          ☐ Yes  ☑ No
Pseudonymous?     ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?          ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?          ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004          ◀ Year in all cases.

This information must be given

**b** Complete this information
ONLY if this work has been published.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ 08     Day ▶ 24     Year ▶ 04
U.S.A.                              ◀ Nation

---

## 4

**a**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
G-UNIT RECORDS, INC./INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC.
2220 COLORADO AVE.
SANTA MONICA, CA 90404

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**NOV 2 6 2004**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**NOV 2 6 2004**
FUNDS RECEIVED

*See instructions before completing this space.*

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY **R.J.B**

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

REGISTRATION APPLIED FOR, NOT YET RECEIVED          2004

---

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a** "LET ME IN"                                    00602498634974
"WELCOME TO THE SOUTH"

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b** ALL OTHER SOUND RECORDINGS/
PICTORIAL MATTER

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a** UNIVERSAL MUSIC GROUP               DA024562

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b** UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

Area code and daytime telephone number   **(818) 777-4040**        Fax number   **(818) 866-1604**
Email

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   G-UNIT RECORDS, INC./INTERSCOPE RECORDS, A DIVISION OF UMG RECORDINGS, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR                          Date   11/16/04

Handwritten signature (x) ▼

X _____

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼   UNIVERSAL MUSIC GROUP
         COPYRIGHT ADMINISTRATION

Number/Street/Apt ▼   100 UNIVERSAL CITY PLAZA
                      BUILDING 1320W-4

City/State/ZIP ▼   UNIVERSAL CITY, CA 91608

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000   Web Rev. July 2003   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60.0xx