United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOMBA RECORDING LLC et al, | No. C 08-01658 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
|   v. | |
| JOHN DOE, | |
|     Defendant(s). | |

Due to the unavailability of court, the case management conference in this matter currently set for June 30, 2008, is hereby rescheduled to **July 10, 2008, at 4:00 p.m.** The Joint Case Management Statement is due ten days prior to the conference. Plaintiff shall serve this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: June 23, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140