Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. 3:08-cv-01658-MHP<br><br>Honorable Marilyn Hall Patel<br><br>***EX PARTE* APPLICATION TO EXTEND TIME TO EFFECTUATE SERVICE AND [PROPOSED] ORDER** |

Pursuant to Rules 4(m) and 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs ask this Court for an additional 90 days to serve Defendant John Doe with the Summons and Complaint. As further explained below and in support of their request, Plaintiffs state as follows:

1. The current deadline for service of process is July 25, 2008. No prior request for an extension of the service deadline has been made

2. Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe on March 27, 2008. Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet Service Provider ("ISP") – in this case, California State University, Monterey Bay.

3. In order to determine the true name and identity of the Doe defendant, Plaintiffs filed their Application for Leave to Take Immediate Discovery on March 27, 2008, requesting that the Court to enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP. Plaintiffs later filed a supplemental declaration in further support of this request on June 27, 2008.

4. The Court has not yet ruled on Plaintiffs' application for an Order for Leave to Take Immediate Discovery.

5. In Order for Plaintiffs to learn the identity of the Defendant, Plaintiffs need to receive an Order permitting expedited discovery so that they can serve a Rule 45 subpoena upon the ISP.

6. There is not a sufficient amount of time prior to the service deadline for such an Order to be entered, the Rule 45 subpoena to be served and the ISP to respond with the true name and address of the Doe Defendant , and for Plaintiffs then to serve Defendant with the Summons and Complaint.

7. Given the circumstances of this case, Plaintiffs respectfully request an additional 90 days to effectuate service.

8. Plaintiffs submit that their inability to discover Defendant's identity constitutes good cause under Rule 4(m) for any delay in perfecting service. *See, e.g., Matasareanu v. Williams*, 183 F.R.D. 242, 245-46 (C.D. Cal. 1998) (stating good cause standard for service extensions); *Ritts v. Dealers Alliance Credit Corp.,* 989 F. Supp. 1475, 1479 (N.D. Ga. 1997) (same). Unlike a

1

traditional case in which the defendant is known by name and efforts to serve can begin immediately after filing the complaint, in this case Plaintiffs first must obtain the identity of the defendant through the subpoena to the ISP. This Court has discretion to enlarge the time to serve even where there is no good cause shown. *Henderson v. United States*, 517 U.S. 654, 658 n. 5 (1996).

9. Because the copyright infringements here occurred in 2007, the three-year limitations period for these claims has not expired. See, 17 U.S.C. § 507(b) (2000). There can thus be no prejudice to the Defendant from any delay in serving the Complaint.

Dated: July 22, 2008                                    HOLME ROBERTS & OWEN LLP


By: _____*/s/ Dawniell Alise Zavala*___
　　　　DAWNIELL ALISE ZAVALA
　　　　Attorney for Plaintiffs
　　　　ZOMBA RECORDING LLC; UMG
　　　　RECORDINGS, INC.; and SONY BMG
　　　　MUSIC ENTERTAINMENT

*EX PARTE* APPLICATION TO EXTEND TIME TO EFFECTUATE SERVICE AND [PROPOSED] ORDER
Case No. 3:08-cv-01658-MHP
#38895 v1

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended for 90 days from the date of this Order.

Dated: _____         By: _____
                                          Honorable Marilyn Hall Patel
                                          United States District Judge