| | |
|---|---|
| 1 | HOLME ROBERTS & OWEN LLP |
| 2 | Thomas M. Kerr (State Bar No. 241530) |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
| 4 | Telephone:  (415) 268-2000 |
|   | Facsimile:    (415) 268-1999 |
| 5 | Email:  tom.kerr@hro.com |
| 6 | Attorney for Plaintiffs |
| 7 | ZOMBA RECORDING LLC; UMG |
|   | RECORDINGS, INC.; and SONY BMG |
| 8 | MUSIC ENTERTAINMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No.: 3:08-cv-01658-MHP |
| | Honorable Marilyn H. Patel |
| Plaintiffs, | **NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT SHAE OLDS** |
| vs. | |
| Shae Olds, | |
| Defendant. | |

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. 3:08-cv-01658-MHP
#43767 v1 saf

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Zomba Recording LLC, *et al.* voluntarily dismiss with prejudice their copyright infringement claim against Defendant Shae Olds, each party to bear its/her/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: April 9, 2009                                HOLME ROBERTS & OWEN LLP

By   */s/ Thomas M. Kerr*
　　　Thomas M. Kerr
　　　Attorney for Plaintiffs
　　　ZOMBA RECORDING LLC; UMG
　　　RECORDINGS, INC.; and SONY
　　　BMG MUSIC ENTERTAINMENT



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. 3:08-cv-01658-MHP
#43767 v1 saf

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On April 9, 2009, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT SHAE OLDS**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Shae Olds**
**3142 Charlemagne Avenue**
**Long Beach, CA 90808**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 9, 2009 at San Francisco, California.

*Della Grant*
Della Grant

PROOF OF SERVICE
Case No. 3:08-cv-01658-MHP

1

#43767 v1 SAF